IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE TIDWELL,** **PLAINTIFF**
**ADC #141699**

v. **CASE NO. 5:19-CV-00353 BSM**

**ESTELLA BLAND, et al.** **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. Nos. 23] is adopted. The motion for a temporary restraining order [Doc. No. 16] is construed as a motion for a preliminary injunction and must be served on defendants for a response. The motion for a default judgment [Doc. No. 21] is denied without prejudice. An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE