IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE TIDWELL,**                                               **PLAINTIFF**
**ADC #141699**

v.                   **CASE NO. 5:19-CV-00353-BSM**

**ESTELLA BLAND,** *et al.*                                           **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. Nos. 46] is adopted. The motion for a preliminary injunction [Doc. No. 16] denied.

IT IS SO ORDERED this 9th day of October, 2020.

                                                       _____
                                                    UNITED STATES DISTRICT JUDGE