IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE TIDWELL**                                                                             **PLAINTIFF**
**ADC # 141699**

**v.**                      **CASE NO. 5:19-CV-00353-BSM**

**ESTELLA BLAND,** *et al.*                                                   **DEFENDANTS**

## **ORDER**

After carefully reviewing the record, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 66] is adopted. David Tidwell's motion for temporary restraining order and preliminary injunction [Doc. No. 47] is denied. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of December, 2020.

                                                        /s/ Brian S. Miller
                                                    UNITED STATES DISTRICT JUDGE