IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE TIDWELL**                                                                                    **PLAINTIFF**
**ADC # 141699**

v.                              CASE NO. 5:19-CV-00353-BSM

**ESTELLA BLAND,** *et al.*                                                                          **DEFENDANTS**

### ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 91] is adopted. Summary judgment is granted on all claims except Tidwell's claims that: (1) Bland failed to adequately treat his migraines; (2) Bland inappropriately delayed his neurology appointment; (3) Bland inappropriately delayed his orthopedic appointment; (4) Bland and Dr. Smith denied his four-hour work script; and (5) Bland removed Tidwell's migraine medication, as set forth in the partial recommended disposition regarding VSM18-00968 and VSM18-02753. [Doc. No 73] Tidwell may proceed on these claims for the time frames for which the claims were exhausted.

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE