IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE TIDWELL**                                                              **PLAINTIFF**
**ADC # 141699**

v.                          CASE NO. 5:19-CV-00353-BSM

**ESTELLA BLAND,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE